IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BAKURI BANDZELADZE,<br><br>*Petitioner*,<br><br>V.<br><br>KRISTI NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, in her Official Capacity, U.S. Attorney General; TODD LYONS, in his Official Capacity, Acting Director, Immigration and Customs Enforcement; SYLVESTER M. ORTEGA, in his Official Capacity, ICE Field Office Director, Detention and Removal; and WARDEN, Karnes County Immigration Processing Center,<br><br>*Respondents*. | CIVIL ACTION NO. SA-25-CV-01918-FB |

## **ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Petition for Writ of Habeas Corpus, filed by Petitioner Bakuri Bandzeladze, who is currently in detention in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas. (Docket no. 1).

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (docket no. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents: Kristi Noem, in her Official Capacity, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, in her Official Capacity, U.S. Attorney General; Todd Lyons, in his Official Capacity, Acting Director, Immigration and Customs Enforcement; Sylvester M. Ortega, in his Official Capacity, ICE Field Office Director,

Detention and Removal. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent Warden, Karnes County Immigration Process Center, 409 FM 1144, Karnes City, Texas 78118, with copies of the Petition for Writ of Habeas Corpus (docket no. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, Respondents must consider prior court orders issued in the San Antonio Division of the Western District of Texas in cases such as: *Jaimes v. Lyons*, No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025); *Granados v. Noem,* No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025), if the case concerns, in whole or in part, the applicability of 8 U.S.C. § 1225 or § 1226 to the petitioner, and identify any material factual differences between facts in this case and the facts presented in those cases. Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer of Petitioner Bakuri Bandzeladze is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Petitioner Bakuri Bandzeladze outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 5th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE